**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| IN RE: | Chapter 13 |
| ARTHUR J. REARDON, & | |
| JILLAYNE REARDON, | |
| Debtors | Case No. 24-10090 |

## DEBTORS' WITNESS LIST

**WITNESSES**

NOW COME The Debtors, by and through the undersigned Counsel, and submit the following list of witnesses, they expect to call to testify at trial:

1. Arthur Reardon, Debtor. Arthur Reardon will testify as to the value of his assets, encumbrances, income, and expenses, as well as liabilities owed to IRS generally.
2. Jillayne Reardon, Debtor. Jillayne Reardon will testify as to the value of assets, encumbrances, income, and expenses, as well as liabilities owed to IRS generally..
3. Debtors reserve the right to call and examine and/or cross examine witnesses called by any other party at Trial.

WHEREFORE, Debtors respectfully submit their Witness List

Dated at Portland, Maine this 30th day of April 2025.

　　　　　　　　　　　　　　　　　　　　LAW OFFICE OF J. SCOTT LOGAN, LLC

　　　　　　　　　　　　　　　　　　　　By: */s/ J. Scott Logan*
　　　　　　　　　　　　　　　　　　　　J. Scott Logan, Esq.
　　　　　　　　　　　　　　　　　　　　Counsel for Debtors
　　　　　　　　　　　　　　　　　　　　75 Pearl Street, Ste. 212
　　　　　　　　　　　　　　　　　　　　Portland, Maine 04101
　　　　　　　　　　　　　　　　　　　　(207) 699-1314